IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GALLAGHER and
SHELLEY GALLAGHER,

        Plaintiffs,                No. 2:08-cv-03071 JFM

    vs.

TERRY J. HOLT and
JERRI A. WELLS,

        Defendants.             <u>ORDER</u>

_____/

        On April 6, 2009, the parties filed a joint status report. Upon consideration of the status report on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The parties agreed to comply with Fed. R. Civ. P. 26 disclosures no later than April 20, 2009, to identify potential deposition witnesses, and to propose dates for depositions by April 20, 2009.

        2. All non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by September 30, 2009.

/////

1    3. Disclosure of experts shall occur no later than October 9, 2009.  The parties are
2 reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P.
3 26(e)(1).
4    4. Expert discovery shall be completed by October 30, 2009.
5    5. All discovery shall be completed by October 30, 2009.
6    6. Dispositive motions shall be noticed to be heard by January 29, 2010.
7    7. The pretrial conference is set for Thursday, February 25, 2010, at 1:30 p.m. in
8 courtroom #26.  Pretrial statements shall be filed pursuant to Local Rule 16-281.
9    8. Jury trial of this matter is set for April 19, 2010 at 9:00 a.m. in courtroom #24
10 before the undersigned.  The parties shall file trial briefs pursuant to Local Rule 16-285.
11 DATED:  May 28, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; gallagher.so