William H. Parish (State Bar No. 95913)
**PARISH & SMALL**
A Professional Law Corporation
1919 Grand Canal Boulevard, Suite A-5
Stockton, California  95207-8114
Telephone:  (209) 952-1992
Facsimile:   (209) 952-0250

*Attorneys for Plaintiffs*
*Dennis Gallagher and*
*Shelley Gallagher*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GALLAGHER and SHELLEY GALLAGHER,<br><br>                              Plaintiffs,<br><br>        v.<br><br>TERRY J. HOLT (now known as Jan Mace) and JERRI A. WELLS,<br><br>                              Defendants. | Case No. 2:08-cv-03071 JFM<br><br>**ORDER GRANTING AMENDMENT OF PRE-TRIAL SCHEDULING ORDER** |

GOOD CAUSE APPEARING, the Court hereby amends the pre-trial scheduling order in this matter to provide that non-expert discovery shall be completed by October 15, 2009, expert witnesses shall be disclosed by October 31, 2009, and expert discovery shall be completed by November 30, 2009.

**Dated:  October 8, 2009.**

UNITED STATES MAGISTRATE JUDGE

/gallagher.mod

**ORDER GRANTING AMENDMENT OF PRE-TRIAL SCHEDULING ORDER**
Our File No. 7-597-01