IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GALLAGHER, *et al.*,

      Plaintiffs,                    No. 2:08-cv-03071 JFM (C)

   vs.

TERRY J. HOLT, *et al.*,

      Defendants.           <u>ORDER</u>

                            /

        A status conference was held in this matter on December 8, 2011, at 11:00 a.m. in courtroom # 26. William Parish appeared for plaintiffs. Donald Ullrich appeared for defendants. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The Clerk of the Court is directed to reopen this case;

        2. The parties shall conclude non-expert discovery on or before January 12, 2012;

        3. The parties shall exchange additional expert disclosures and reports no later than January 23, 2012. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1);

1

4. Expert witnesses shall be deposed on or before February 13, 2012;

5. Dispositive motions shall be noticed to be heard by March 22, 2012;

6. The pretrial conference is set for July 26, 2012 at 1:30 p.m. in the chambers of the undersigned. Pretrial statements shall be filed pursuant to Local Rule 281;

7. A jury trial of this matter is set for August 27, 2012 at 10:00 a.m. in a courtroom to be determined before the undersigned. The parties shall file trial briefs pursuant to Local Rule 285.

DATED: December 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;gall3071.oasc