1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENNIS GALLAGHER, *et al.*,

11          Plaintiffs,                    No. 2:08-cv-03071 JFM (C)

12      vs.

13
     TERRY J. HOLT, *et al.*,
14
            Defendants.                    <u>ORDER</u>
15
     _____/
16
            On January 19, 2012, the parties filed a stipulation to modify the December 9,
17
     2011 scheduling order.  Good cause appearing, IT IS HEREBY ORDERED that the pretrial
18
     scheduling order is modified as follows: expert discovery shall be completed by February 27,
19
     2012 and additional expert witnesses and reports shall be disclosed by February 3, 2012.
20
     DATED: January 26, 2012.
21

22

23                          UNITED STATES MAGISTRATE JUDGE

24

25   /014;gall3071.so.rvsd

26

                                        1