IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GALLAGHER, *et al.*,

      Plaintiffs,                    No. 2:08-cv-03071 JFM (C)

   vs.

TERRY J. HOLT, *et al.*,

      Defendants.            ORDER

_____/

      GOOD CAUSE APPEARING, the Court hereby amends the pre-trial scheduling order in this matter to provide as follows:

      a.    The reports of experts, Michael Evans and Ralph Pavey, including any supplemental reports, shall be identified and exchanged by March 28, 2012, and the expert report of Richard Stover shall be identified and exchanged no later than April 9, 2012;

      b.    Expert discovery will be completed by April 20, 2012; and

      c.    Dispositive motions will be noticed to be heard on May 17, 2012.

/////

/////

/////

1

1    GOOD CAUSE APPEARING, the Court further grants the parties' request to
2 continue the hearing on Plaintiffs' motion for summary judgment or, in the alternative, summary
3 adjudication, from March 8, 2012 until May 17, 2012 at 11:00a.m. in Courtroom 26.
4 DATED: February 16, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/014;gall3081.so.rvsd2