IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GALLAGHER, *et al.*,

    Plaintiffs,    No. 2:08-cv-03071 JFM (C)

  vs.

TERRY J. HOLT, *et al.*,

    Defendants.    <u>ORDER</u>

        GOOD CAUSE APPEARING, the Court hereby amends the pre-trial scheduling order in this matter to provide as follows:

    a.    The reports of Michael Evans and Ralph Pavey, including any supplemental reports, shall be identified and exchanged by April 2, 2012;

    b.    All other dates in the February 16, 2012 pre-trial scheduling order remain unchanged.

DATED: March 30, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;gall3081.so.rvsd3