IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GALLAGHER and
SHELLEY GALLAGHER,

       Plaintiffs,               No. 2:08-cv-03071 JFM (C)

  vs.

TERRY J. HOLT and
JERRI A. WELLS,

       Defendants.         <u>ORDER</u>

         /

       On August 21, 2012, the parties filed a notice of settlement of the entire case. Accordingly, IT IS HEREBY ORDERED that:

       1. All dates in this matter, including the September 4, 2012 trial, are vacated;

       2. The August 13, 2012 motion for reconsideration is denied as moot; and

       3. The parties shall file dispositional documents on or before September 11, 2012.

DATED: August 27, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;gall3071.settl

1