1   William H. Parish (State Bar No. 95913)
    Erin Guy Castillo (State Bar No. 253904)
2   **PARISH & SMALL**
    A Professional Law Corporation
3   1919 Grand Canal Boulevard, Suite A-5
    Stockton, California  95207-8114
4   Telephone:  (209) 952-1992
    Facsimile:    (209) 952-0250
5

6   *Attorneys for Plaintiffs*
    *Dennis Gallagher and Shelley Gallagher*
7

8
                     **UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10

11  DENNIS GALLAGHER and SHELLEY      **Case No. 2:08-cv-03071-JFM**
    GALLAGHER,
12                                    ORDER
                     Plaintiffs,
13
            v.
14

15  TERRY J. HOLT (now known as Terry Jan
    Mace) and JERRI A. WELLS (now known as
16  Jerri A. Carsello),

17                   Defendants.

18

19
         Upon the joint request of all parties that this action be dismissed, with prejudice, IT IS
20
    HEREBY ORDERED that this action be and is dismissed, with prejudice.
21

22  **Date:  9/13/2012**

23

24

25  _____
    UNITED STATES MAGISTRATE JUDGE
26

27

28

JOINT REQUEST FOR DISMISSAL – ORDER